IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID A. STEBBINS**                                                                          **PLAINTIFF**

vs.                                No. 4:17-cv-711-JM-JTK

**KENNETH HIXSON, DAVID GLOVER,**
**PHILLIP WHITEAKER, AND THE STATE**
**OF ARKANSAS**                                                     **DEFENDANTS**

<u>ORDER</u>

      This case is hereby referred to United States Magistrate Judge Jerome T. Kearney for consideration and determination of all pre-trial matters and for recommended disposition for the resolution of any dispositive matters.

      IT IS SO ORDERED this 1st day of November, 2017.

                                                                                   _____
                                                                                   James M. Moody Jr.
                                                                                   United States District Judge