## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DAVID A. STEBBINS**                                                                  **PLAINTIFF**

**V.**                 **CASE NO. 4:17-CV-00711-JM-JTK**

**HIXSON ET AL.**                                                         **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion for leave to proceed in forma pauperis (DE # 1). The motion is GRANTED. Plaintiff may proceed without payment of fees and cost or security therefore.

The Court takes this opportunity to remind Plaintiff that, although he filed this federal civil rights lawsuit without a lawyer's assistance, he is required to follow all the rules and procedures of this Court, including:

(1) the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Arkansas. These rules are available online at http://www.uscourts.gov and http://www.are.uscourts.gov, respectively.

(2) Particularly, under Local Rule 5.5(c)(2), you are required to (a) notify the Clerk and other parties in the case of any address changes. Failure to do so may result in dismissal of your case without prejudice, (b) monitor the progress of your case and prosecute or defend it diligently, and (c) sign all papers filed with the Court and include on each your current address and telephone number. If the Court issues an Order directing you to do

something by a certain date, and you fail to do so, your case may be dismissed without prejudice.

(3) You have no right to counsel in a civil case. However, if your case goes to jury trial, the Court will appoint a lawyer to help you before trial.

(4) Discovery requests—like interrogatories and requests for documents—should not be filed with the Court. Instead, discovery requests should be sent to the Defendant's lawyer (or directly to the Defendant if he or she is not represented by counsel). Do not send any discovery requests to a Defendant until after that Defendant has been served with the complaint.

(5) Only send documents to the Court in three situations: (a) they are attached to a motion for summary judgment, (b) they are attached to your response to a motion for summary judgment, or (c) the Court orders you to send documents or other evidence.

IT IS SO ORDERED this 28th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE