UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                               PLAINTIFF

VS.                    CASE NO. 4:17-cv-00711-JM-JTK

KENNETH HIXSON, DAVID GLOVER,                     DEFENDANTS
PHILLIP WHITEAKER, AND THE STATE OF ARKANSAS

## MOTION FOR MARSHALL SERVICE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for the Court to order the U.S. Marshall Service to serve process on the Defendants at taxpayer expense.

1.     I have been granted leave to proceed in forma pauperis in this case. See Doc. 4. This entitles me to service of process at taxpayer expense by the U.S. Marshall Service. See Fed.R.Civ.P. 4(c)(3).

2.     The State of Arkansas can be served through its Attorney General at the following name and address:

Leslie Rutledge
323 Center Street,
Suite 200
Little Rock, Arkansas 72201

3.     The other three Defendants are all justices of the Arkansas Court of Appeals, and therefore can be served directly, and all can be served at the following address:

Arkansas Court of Appeals
625 Marshall Street,
Little Rock, AR 72201

4.     Please remember that I am filing an Amended Complaint alongside this motion. Indeed,, I held off filing this particular motion *because* I was waiting for the Defendants to issue the adverse action complained about in that Amended Complaint, so I could file both at the same

time and save time. This Amended Complaint also needs to be served to each Defendant.

So requested on this, the 7th day of December, 2017.

*/s/ David Stebbins*

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-240-6561
stebbinsd@yahoo.com

RECEIVED

2017 DEC 11 AM 9:46

JAMES W. McCORMACK

BY:_____