(Post. 3/12/14)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>David A Stebbins | COURT CASE NUMBER<br>4:17-cv-00711-JM-JTK |
|---|---|
| DEFENDANT<br>Kenneth Hixson, et al. | TYPE OF PROCESS<br>Summons/Comp/Amd Comp |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Arkansas, State of c/o Arkansas Attorney General |
| | ADDRESS Street or RFD, Apartment No., City, State and ZIP Code |
| AT | 323 Center Street, Suite 200   Little Rock, AR 72201 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David A Stebbins
123 W Ridge St. Apt. D
Harrison, AR 72601

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):
Fold

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 08 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

2017 DEC 19 PM 3:37
U.S. Marshal Eastern Arkansas
Received

| Signature of Attorney or other Originator requesting service on behalf of:<br>/s/ C. Newton, Deputy Clerk | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>501-604-5351 | DATE<br>12/19/2017 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 09 | District to Serve<br>No. 09 | Signature of Authorized USMS Deputy or Clerk<br>M Haskins | Date<br>12-27-17 |
|---|---|---|---|---|---|

☑ I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/3/18   Time: 10:10 ⓐm / pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>8.00 | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or<br>8.00 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Fed Ex

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

| **Ex.** | Shipping | Tracking | Printing Services | Locations | Support | Michelle |

**IMPORTANT!**
The winter storm is causing hazardous conditions across the Eastern region of the U.S. Learn More

## FedEx® Tracking

**771094347561**

Ship date:
**Thu 12/28/2017**

Actual delivery:
**Wed 1/03/2018 10:10 am**

**United States Marshals Service**
Michelle Haskins
600 W. CAPITOL, ROOM A328
LITTLE ROCK, AR US 72201
501 324-6256

**Delivered**
Signed for by: B.STULL

**State of Arkansas**
Arkansas Attorney General
Suite 200
323 Center Street
LITTLE ROCK, AR US 72201
501 682-2007

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **1/03/2018 - Wednesday** | | |
| 10:10 am | Delivered | LITTLE ROCK, AR |
| 8:01 am | On FedEx vehicle for delivery | LITTLE ROCK, AR |
| 6:42 am | At local FedEx facility | LITTLE ROCK, AR |
| **1/02/2018 - Tuesday** | | |
| 8:42 am | At local FedEx facility / Package not due for delivery | LITTLE ROCK, AR |
| 7:09 am | At local FedEx facility | LITTLE ROCK, AR |
| **12/29/2017 - Friday** | | |
| 7:28 pm | At local FedEx facility | LITTLE ROCK, AR |
| 8:44 am | At local FedEx facility / Package not due for delivery | LITTLE ROCK, AR |
| 8:40 am | At local FedEx facility | LITTLE ROCK, AR |
| 8:30 am | Delivery exception / Business closed - No delivery attempt | LITTLE ROCK, AR |
| 6:54 am | At local FedEx facility | LITTLE ROCK, AR |
| **12/28/2017 - Thursday** | | |
| 1:50 pm | Picked up | LITTLE ROCK, AR |
| **12/27/2017 - Wednesday** | | |
| 2:52 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking Number | 771094347561 | Service | FedEx Express Saver |
| Weight | 0.5 lbs / 0.23 kgs | Signature services | Adult signature required |
| Delivery attempts | 1 | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Not Available | Shipper reference | 4:17CV00711 |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Adult Signature Required |
| Standard transit | 1/03/2018 by 4:30 pm | | |

Ask FedEx

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
Developer Resource Center
FedEx Cross Border

**LANGUAGE**
Change Country

English

**FOLLOW FEDEX**

© FedEx 1995-2017        Feedback | Site Map | Terms of Use | Security & Privacy

Ask FedEx