(Rost. 3/12/14)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David A Stebbins | 4:17-cv-00711-JM-JTK |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Kenneth Hixson, et al. | Summons / Comp / Amd Comp |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
David Glover

ADDRESS Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Arkansas Justice Building   625 Marshall Street, Little Rock, AR 72201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David A Stebbins
123 W Ridge St. Apt. D
Harrison, AR 72601

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 08 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

'17 DEC 19 PM 3:  U.S. Marshal Eastern Arkansas Received

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ C. Newton, Deputy Clerk | | 501-604-5351 | 12/19/2017 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 09 | District to Serve No. 09 | Signature of Authorized USMS Deputy or Clerk | Date 12-27-17 |
|---|---|---|---|---|---|
| | 1 | | | | |

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of Individual served (If not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/3/18   Time: 9:03 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | | | 8.00 | |

**REMARKS:** FedEx

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

**Ex.**  Shipping   Tracking   Printing Services   Locations   Support                Michelle

**IMPORTANT!**
The winter storm is causing hazardous conditions across the Eastern region of the U.S. Learn More

## FedEx® Tracking

**771094499826**

Ship date:
**Thu 12/28/2017**

Actual delivery:
**Wed 1/03/2018 9:03 am**

**United States Marshals Service**
Michelle Haskins
600 W. CAPITOL, ROOM A328
LITTLE ROCK, AR US 72201
501 324-6256

**Delivered**
Signed for by: V.DENTON

**Arkansas Justice Building**
David Glover
625 Marshall Street
LITTLE ROCK, AR US 72201
501 682-9400

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **1/03/2018 - Wednesday** | | |
| 9:03 am | Delivered | LITTLE ROCK, AR |
| 8:01 am | On FedEx vehicle for delivery | LITTLE ROCK, AR |
| 6:42 am | At local FedEx facility | LITTLE ROCK, AR |
| **1/02/2018 - Tuesday** | | |
| 8:42 am | At local FedEx facility / Package not due for delivery | LITTLE ROCK, AR |
| 7:09 am | At local FedEx facility | LITTLE ROCK, AR |
| **12/29/2017 - Friday** | | |
| 7:28 pm | At local FedEx facility | LITTLE ROCK, AR |
| 8:44 am | At local FedEx facility / Package not due for delivery | LITTLE ROCK, AR |
| 8:40 am | At local FedEx facility | LITTLE ROCK, AR |
| 8:30 am | Delivery exception / Business closed - No delivery attempt | LITTLE ROCK, AR |
| 6:54 am | At local FedEx facility | LITTLE ROCK, AR |
| **12/28/2017 - Thursday** | | |
| 1:50 pm | Picked up | LITTLE ROCK, AR |
| **12/27/2017 - Wednesday** | | |
| 3:02 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking Number | 771094499826 | Service | FedEx Express Saver |
| Weight | 0.5 lbs / 0.23 kgs | Signature services | Adult signature required |
| Delivery attempts | 1 | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Not Available | Shipper reference | 4:17CV00711 |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Adult Signature Required |
| Standard transit | 1/03/2018 by 4:30 pm | | |

Ask FedEx

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
Developer Resource Center
FedEx Cross Border

**LANGUAGE**
Change Country

English

**FOLLOW FEDEX**

© FedEx 1995-2017   Feedback | Site Map | Terms of Use | Security & Privacy

Ask FedEx