# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David A Stebbins | 4:17-cv-00711-JM-JTK |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Kenneth Hixson, et al. | Summons/Cump/Amd Cump |

**SERVE**: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Arkansas, State of c/o Arkansas Attorney General

**AT** ADDRESS: 323 Center Street, Suite 200, Little Rock, AR 72201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David A Stebbins
123 W Ridge St. Apt. D
Harrison, AR 72601

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 10 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Signature of Attorney or other Originator requesting service on behalf of: /s/ C. Newton, Deputy Clerk
☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 501-604-5351
DATE: 12/19/2017

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 09
District to Serve No. 09
Signature of Authorized USMS Deputy or Clerk
Date: 12-27-17

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 1/3/18
Time: 10:10 am/pm
Signature of U.S. Marshal or Deputy

Service Fee: 8.00
Total Mileage Charges (including endeavors):
Forwarding Fee:
Total Charges:
Advance Deposits:
Amount owed to U.S. Marshal or Amount of Refund: 8.00

**REMARKS:**
FedEx returned unexecuted 1-3-18 by attorney General's office

PRIOR EDITIONS MAY BE USED
Clerk of court
FORM USM-285 (Rev. 12/15/80)



ATTORNEY GENERAL
# LESLIE RUTLEDGE

ARKANSASAG.GOV

Monty V. Baugh  
Deputy Attorney General

Direct dial: (501) 682-1681  
Email: monty.baugh@arkansasag.gov

January 3, 2018

United States Marshall Service  
Eastern District of Arkansas  
600 West Capitol Avenue  
Suite A328  
Little Rock, Arkansas 72201

  Re: ***David A. Stebbins v. Kenneth Hixson, et al.***  
    USDC Case No. 4:17-cv-00711-JM-JTK

Dear Sir or Madame:

  This office received today a copy of summons and complaint in the above-referenced action. It appears that you may have forwarded this material to us in an effort to obtain service of process upon the State of Arkansas. We are returning your original documents to you with this letter.

  The Office of Attorney General is not the agent for service of process upon the State of Arkansas and is not authorized to accept service on its behalf. If you wish to initiate a lawsuit against the State of Arkansas, you will have to obtain service of process as provided in the Arkansas Rules of Civil Procedure, by serving the State of Arkansas through the Office of the Governor.

               Sincerely,

               Monty V. Baugh  
               Deputy Attorney General

MVB/jkh  
Enclosure

323 Center Street, Suite 200, Little Rock, AR 72201  
(501) 682-2007 | oag@ArkansasAG.gov

AGRutledge AGLeslieRutledge AGLeslieRutledge Attorney General Leslie Rutledge ArkansasAG AGRutledge