# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**DAVID A. STEBBINS**                                                  **PLAINTIFF**

v.                    NO. 4:17-CV-711-JM

**KENNETH HIXSON,**                                         **DEFENDANTS**
**DAVID GLOVER,**
**PHILLIP WHITEAKER, and the**
**STATE OF ARKANSAS**

## NOTICE OF APPEARANCE

Christine A. Cryer, Senior Assistant Attorney General, hereby requests the Clerk of the Court enter her appearance on behalf of Arkansas Court of Appeals Judges Kenneth Hixson, David Glover, and Phillip Whiteaker, and hereby requests copies of all future service and correspondence be sent to Christine A. Cryer, Senior Assistant Attorney General.

I hereby certify that I am admitted to practice in this court and respectfully place the Clerk of the Court and all parties of record on notice of my appearance.

                                                       Respectfully submitted,

                                                       Leslie Rutledge
                                                       Attorney General

                                 By:     /s/ Christine A. Cryer
                                                       Christine A. Cryer
                                                       Arkansas Bar No. 2001082
                                                       Sr. Assistant Attorney General
                                                       323 Center Street, Suite 200
                                                       Little Rock, Arkansas 72201
                                                       Telephone: (501) 683-0958
                                                       Facsimile:  (501) 682-2591
                                                       Christine.cryer@arkansasag.gov

## **CERTIFICATE OF SERVICE**

I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that on January 24, 2018, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

I, Christine A. Cryer, hereby certify that on January 24, 2018, I mailed the document by U.S. Postal Service to the following non CM/ECF participant:

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, Arkansas 72601

/s/  Christine A. Cryer