IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID A. STEBBINS                                                                PLAINTIFF

V.                              CASE NO. 4:17-CV-00711-JM-JTK

HIXSON ET AL.                                                                    DEFENDANT

## ORDER

By letter dated January 3, 2018, summons for the State of Arkansas was returned unexecuted by The Office of Attorney General stating that it was not the agent for service of process and thereby not authorized to accept service on behalf of the state. (DE # 12) The Clerk of Court is ordered to prepare another summons for the State of Arkansas and the United States Marshal is directed to serve a copy of the Complaint and Summons on the Governor, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 31st day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE