IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                      PLAINTIFF

v.                            NO. 4:17-CV-711-JM

KENNETH HIXSON,                                        DEFENDANTS
DAVID GLOVER,
PHILLIP WHITEAKER, and the
STATE OF ARKANSAS

**RESPONSE IN OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT AGAINST THE
STATE OF ARKANSAS**

Come now the Defendants[1], Arkansas Court of Appeals Justices Kenneth Hixson, David Glover, and Phillip Whiteaker, by and through their attorneys, Attorney General Leslie Rutledge and Senior Assistant Attorney General Christine A. Cryer, and for their Response in Opposition to Plaintiff's Motion for Default Judgment against the State of Arkansas, state as follows:

1. On January 18, 2017, Plaintiff David Stebbins attempted to serve the State of Arkansas in the case of David A. Stebbins v. State of Arkansas, et al, 4:16CV00878 BSM. (Ex. A) Service was returned by the undersigned, unexecuted, on January 24, 2017. (Ex. A) Notice was sent to the United States Marshall Service on that date, informing them that the Office of the Attorney General is not the agent for service of process upon the State of Arkansas. If service was to be

---

[1] Stebbins attempted to serve the State of Arkansas by serving a summons on the Office of the AR Attorney General; however, the summons was returned on January 10, 2018 for improper service as the Office of the Attorney General is not the registered agent for service for the State of Arkansas. (DE 12)

initiated upon the State, service would need to be made by serving the Office of the Governor. (Ex. A)

2. The unexecuted service was filed with the Court on February 2, 2017.

3. On December 11, 2017, Stebbins filed a pleading styled "Motion for Marshall Service" (DE 5), in which he requested the Marshall's Service to serve process upon the State of Arkansas through Attorney General Leslie Rutledge.

4. On January 3, 2018, Deputy Attorney General Monty V. Baugh returned the original summons and Complaint to the U.S. Marshall's Office. In his letter, Mr. Baugh informed the Marshall's Office that the Attorney General's Office is not the registered agent for service for the State of Arkansas, and that if service was to be perfected, it needed to be perfected upon the Office of the Governor. (DE 12)

5. On January 31, 2018, Magistrate Judge Jerome T. Kearney issued an Order, directing the Clerk of the Court to reissue a summons for the State of Arkansas, and for service to be made upon the Office of the Governor. (DE 16)

6. At 12:55 p.m. that same day, a new summons and Complaint was issued for the State of Arkansas.

7. Also on that date, Stebbins filed his Motion for Default Judgment and brief in support, seeking the Court to hold the State of Arkansas in default for the Office of the Attorney General not accepting service as he directed. (DE 17)

8. Stebbins was placed on notice in January 2017 (by the undersigned) and then again in January 2018 how he could go about serving the State of

Arkansas. (Ex. A) Stebbins chose to do things his own way, and attempted to serve the State of Arkansas through someone other than its agent for service.

9. The State of Arkansas has not been properly served as of the filing of this response. Upon proper service, the State of Arkansas will timely file a responsive pleading.

10. As for Stebbins' accusations against the undersigned regarding another case, the undersigned was not involved in the other referenced case when service was made (or waived). Stebbins knows this. The undersigned has done nothing in appropriate or incorrect in either case.

WHEREFORE, Defendant Kenneth Hixson, David Glover, and Phillip Whiteaker request that the Court deny Stebbins' Motion for Default Judgment, grant their Motion to Dismiss, and dismiss Stebbins' case with prejudice.

Respectfully submitted,

Leslie Rutledge
Attorney General

By:   /s/ Christine A. Cryer
      Arkansas Bar No. 2001082
      Sr. Assistant Attorney General
      323 Center Street, Suite 200
      Little Rock, Arkansas 72201
      Telephone: (501) 683-0958
      Fax: (501) 682.2591
      Chrisitne.cryer@arkansasag.gov

## CERTIFICATE OF SERVICE

I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that on February 7, 2018, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

I, Christine A. Cryer, hereby certify that on February 7, 2018, I mailed the document by U.S. Postal Service to the following non CM/ECF participant:

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, Arkansas 72601

/s/  Christine A. Cryer