UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS

PLAINTIFF

VS.                                CASE NO. 4:17-cv-00711-JM-JTK

KENNETH HIXSON, DAVID GLOVER,                      DEFENDANTS
PHILLIP WHITEAKER, AND THE STATE OF ARKANSAS

## RESPONSE IN OPPOSITION TO [014] MOTION TO DISMISS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Response

in Opposition to the Defendants' Motion to Dismiss.

1.      The Defendants' motion is frivolous and is prosecuted entirely for the purpose of delaying

this case.

2.      The Defendants only argue for dismissal on three different grounds, none of which have

even a lick of merit to them.

3.      Their argument that the case is barred by res judicata is laughable to say the least. They

argue that some judgment about a previous mandate not being enforced means that I cannot sue

in federal court to get *this* mandate enforced. I have no idea what legal theory they supposedly

base that on.

4.      They argue that judicial immunnity is an absolute bar to this claim, when I have already

debunked that argument eleven ways to Sunday. While people do make mistakes and the

adversarial system is indeed designed to enable opposing parties to bring these mistakes to the

Court's attention, the Defendnats make no effort to explain how my previous argument was

erroneous other than just *saying* that it was erroneous.

5.      Next, they completely mistake what exactly are the essential elements of First

Amendment Retaliation. They apparently believe that "a reasonable person" means me in

particular, and they also believe that my First Amendment rights must be completely silenced in order to be chilled. Both of these interpretations are completely contrary to well-established, black-letter law.

6.    They also appear completely confused as to what exactly Paragraphs 17 and 39 of my Complaint and Jury Demand are accusing them of.

7.    Last but not least, the Defendants' arguments that the relief I seek in the complaint is nto proper is equally frivolous. Not only do they attempt to change the relief I have sought to create the illusion that my requested relief is frivolous, but even if the relief I seek isn't available, the Court can simply give whatever relief I am entitled to, regardless of what is requested in the pleadings, so their argument does not even matter!

8.    Not only should the Defendants' Motion to Dismiss be denied, but the Defendants should be sanctioned for wasting everyone's time with such a frivolous motion.

So requested on this, the 5th day of February, 2108.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com