IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                               PLAINTIFF

v.                                        NO. 4:17-CV-711-JM

KENNETH HIXSON,                                                              DEFENDANTS
DAVID GLOVER,
PHILLIP WHITEAKER, and the
STATE OF ARKANSAS

## NOTICE OF APPEARANCE

Christine A. Cryer, Senior Assistant Attorney General, hereby requests the Clerk of the Court enter her appearance on behalf of the State of Arkansas, and hereby requests copies of all future service and correspondence be sent to Christine A. Cryer, Senior Assistant Attorney General.

I hereby certify that I am admitted to practice in this court and respectfully place the Clerk of the Court and all parties of record on notice of my appearance.

        Respectfully submitted,

        Leslie Rutledge
        Attorney General

By:   /s/ Christine A. Cryer
      Christine A. Cryer
      Arkansas Bar No. 2001082
      Sr. Assistant Attorney General
      323 Center Street, Suite 200
      Little Rock, Arkansas 72201
      Telephone: (501) 683-0958
      Facsimile:  (501) 682-2591
      Christine.cryer@arkansasag.gov

## **CERTIFICATE OF SERVICE**

     I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that on February 21, 2018, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

     I, Christine A. Cryer, hereby certify that on February 21, 2018, I mailed the document by U.S. Postal Service to the following non CM/ECF participant:

Mr. David Stebbins  
123 W. Ridge St., Apt. D  
Harrison, Arkansas 72601

                                          /s/ Christine A. Cryer