IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DAVID A. STEBBINS**                                                          **PLAINTIFF**

**v.**                          **NO. 4:17-CV-711-JM**

**KENNETH HIXSON,**                                       **DEFENDANTS**
**DAVID GLOVER,**
**PHILLIP WHITEAKER, and the**
**STATE OF ARKANSAS**

### STATE OF ARKANSAS' MOTION TO DISMISS
### FOR FAILURE TO STATE A CLAIM

Comes now the State of Arkansas, by and through its attorneys, Attorney General Leslie Rutledge and Senior Assistant Attorney General Christine A. Cryer, and for its Motion to Dismiss Plaintiff's Complaint for his failure to state a claim, states as follows:

1. On December 2, 2016, Stebbins filed suit (*David A Stebbins v. State of Arkansas, et al*, EDAR 4:16CV00878–BSM[1]; against the State of Arkansas and the Boone County Circuit Clerk, alleging violations of his constitutional rights. Specifically, Stebbins alleged the following:

    a. In 2011, Stebbins was arrested on criminal charges initiated by his father;
    b. In 2012, Stebbins filed a civil suit against his father in the Boone County Circuit Court;
    c. The case was dismissed;
    d. Stebbins filed an appeal with the Arkansas Court of Appeals;
    e. Stebbins alleged the Boone Count Circuit Clerk intentionally omitted an important order;
    f. On September 7, 21016, the Court of Appeals entered an order directing the Clerk to supplement the record and send the missing

---

[1] The case was transferred to the Western District of Arkansas and assigned Case No. 3:17CV03016 - TLB).

    order, if it existed and was indeed part of the official record of the case;
- g. The Circuit Clerk failed to respond timely to the order, thus putting his "appeal on the shelf indefinitely." (*Id.*; DE 2, p. 6)[2]

  2.  In that case, Stebbins maintained that the State of Arkansas had done "absolutely diddly" to enforce the order of the Court of Appeals to the Clerk or "otherwise require the Clerk to comply with the Court of Appeals' order. (*Id.*) Stebbins further alleged that the State of Arkansas committed "just as much a constitutional violation as the Clerk's decision to tamper with the record in the first place" by failing to discipline the Clerk. (*Id.*) He stated his belief that the State of Arkansas, as well as the other Defendants were retaliating against him for having filed multiple lawsuits against him, and opined that "Every officer of the State of Arkansas who I have ever come into contact with, from 2010 to the present. . . has made no secret that they disdain me because of my litigation history." (*Id.* at p. 7) Lastly, he contended that a "retaliatory motive" had fueled the State's decision-making. (*Id.*)

  3.  On April 14, 2017, the Honorable Judge Timothy L. Brooks, District Court Judge for the Western District of Arkansas, issued a Memorandum Opinion and Order. Judge Brooks summarily dismissed the case for 3 reasons: (a) it failed to state a claim under Section 1983 for the violation of any constitutional right; (b) the defendants were immune from suit; and (c) the allegations in the Complaint were legally without merit and therefore frivolous. (3:17CV03016 – TLB)

---

[2] Pursuant to Federal Rule of Evidence 201, this Court can take Judicial Notice of the pleadings filed in the Eastern and Western Districts of Arkansas, as well as the Eighth Circuit Court of Appeals. Case citations are provided.

4. Stebbins appealed the dismissal of his case to the Eighth Circuit Court of Appeals. (17-1920) On October 3, 2017, the Eighth Circuit summarily affirmed the district court's dismissal of Stebbins' case.

5. On October 31, 2017, Stebbins filed the present lawsuit in which he re-alleges the identical facts (the State failed and refused to enforce an order) against the State of Arkansas; however, this time, instead of limiting his claims to 42 U.S.C. § 1983, Stebbins includes a Title II of the Americans with Disabilities Act claim against the State of Arkansas, in which Stebbins alleges the State retaliated against him for his extensive litigation history.

6. Stebbins claims against the State of Arkansas should be dismissed for six reasons: (a) Stebbins' claims are barred by res judicata and collateral estoppel; (b) Stebbins has again failed to state a claim pursuant to 42 U.S.C. § 1983 upon which relief may be granted; (c) the State of Arkansas is immune from an award of money damages in 42 U.S.C. § 1983 claims; (d) Stebbins has failed to alleged facts, and will be unable to establish a *prima facie* case under the ADA's anti-retaliation provisions; (e) Stebbins' request for an order directing the Circuit Court (a non-party) to reopen Case No. 2012-85-4 and allow Stebbins to file pleadings in it in an effort to "resolve" the "unresolved" eight claims – is now moot, as a final Order addressing the eight claims was entered on November 1, 2017; and (f) Stebbins's request for "an everlasting injunction against the State of Arkansas to permanently and perpetually cease and desist retaliating against me for any act of ADA retaliation" is meritless.

7. A brief in support of this motion is being filed contemporaneously herewith.

8. For the reasons stated, the State of Arkansas respectfully requests this Court grant its Motion to Dismiss, and dismiss Stebbins' Complaint with prejudice.

WHEREFORE, the State of Arkansas requests that the Court grant its Motion to Dismiss and dismiss Stebbins' case with prejudice.

Respectfully submitted,

Leslie Rutledge
Attorney General

By: /s/ Christine A. Cryer
Arkansas Bar No. 2001082
Sr. Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 683-0958
Fax: (501) 682.2591
Chrisitne.cryer@arkansasag.gov

**CERTIFICATE OF SERVICE**

I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that on February 21, 2018, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

I, Christine A. Cryer, hereby certify that on February 21, 2018, I mailed the document by U.S. Postal Service to the following non CM/ECF participant:

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, Arkansas 72601

/s/ Christine A. Cryer