IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID A. STEBBINS                                                                                    PLAINTIFF

V.                              CASE NO. 4:17-CV-00711-JM-JTK

HIXSON ET AL.                                                                                        DEFENDANTS

## ORDER

Plaintiff David A. Stebbins is suing the defendants, alleging that his rights were violated during multiple court proceedings in Boone County Circuit Court and the subsequent appeal of those proceedings to the Arkansas Court of Appeals. (DE # 2) The interests of justice will be best served by transferring this case to the United States District Court for the Western District of Arkansas because Boone County, Arkansas is located in the Western District of Arkansas and it appears from the facts of this case that all the facts alleged occurred there. Pursuant to 28 U.S.C. § 1404(a), a district court may transfer any civil action, for the convenience of parties and witnesses and in the interest of justice, where it might have been brought.

The Clerk of Court shall immediately transfer Plaintiff's case file to the Western District of Arkansas, Harrison Division, John Paul Hammerschmidt Federal Building, 35 East Mountain Street, Room 510, Fayetteville, Arkansas 72701.

IT IS SO ORDERED this 2nd day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE