**Transferred case has been opened**
**NEF**  to: InterDistrictTransfer_ARED                    04/02/2018 02:41 PM

CASE: 4:17-cv-00711

DETAILS: Case transferred from Arkansas Eastern has been opened in Western District of Arkansas as case 3:18-cv-03040, filed 04/02/2018.